**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TIMOTHY L. LUNSFORD                                                                                    PETITIONER
Registration No. 16449-075

v.                                               NO. 2:08CV00185 JMM/JTR

T.C. OUTLAW, Warden,
Federal Correctional Institution,
Forrest City, Arkansas                                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 4th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE