IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY L. LUNSFORD                                                                            PETITIONER
Registration No. 16449-075

v.                                   NO. 2:08CV00185 JMM/JTR

T.C. OUTLAW, Warden,
Federal Correctional Institution,
Forrest City, Arkansas                                                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 4th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE